IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRODERICK DALE NELSON, JR., )
)
Petitioner, )
)
v. ) 1:12CV896
) 1:09CR297-1
UNITED STATES OF AMERICA, )
)
Respondent. )

ORDER

On August 3, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #25] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #19], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to vacate, set aside or correct sentence [Doc. #10] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 29th day of September, 2015.

/s/ James A. Beaty
United States District Judge